# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>SATICOY BAY LLC SERIES 1915 AUTUMN SAGE, et al.,<br><br>Defendant(s). | Case No. 2:18-CV-642 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *U.S. Bank National Association v. Saticoy Bay LLC Series 1915 Autumn Sage*, case number 2:18-cv-00642-JCM-BNW.

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). This court also has the inherent power to sua sponte dismiss a case for want of prosecution or compliance with court orders. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

On June 1, 2022, the court entered an order permitting defendant to file a motion within thirty days to reconsider this court's prior order on summary judgment in light of the Ninth Circuit's remand. (ECF No. 45). Since that order, no party has responded or otherwise commenced any proceeding of record.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the clerk shall close this case.

DATED February 28, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -